UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA ZORICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:17-cv-1522 PLC |
| | ) | |
| ST. LOUIS COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY
PURSUANT TO DAUBERT AND TO HOLD A HEARING**

COME NOW Defendants, and pursuant to Rule 702 of the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993), ask this Court to exclude plaintiff's endorsed expert James W. Crosby as an expert witness in this case because his testimony does not meet the requirements of Rule 702 of the Federal Rules of Evidence, and for the reasons set forth in Defendants' accompanying Memorandum of Law. Defendants further ask the Court to hold a hearing pursuant to *Daubert* on the admissibility of the testimony. Defendants append Mr. Crosby's Rule 26 Report, his deposition testimony, and the Affidavit of Marcellus Speight in support of their Motion.

WHEREFORE, for the above stated reasons, as well as those contained within Defendants' Memorandum of Law, Defendants ask the Court to conduct a hearing pursuant to *Daubert* on the admissibility of the testimony, and to exclude the testimony.

**PETER J. KRANE**
**COUNTY COUNSELOR**


/s/ Priscilla F. Gunn
Priscilla F. Gunn #29729MO
Associate County Counselor
Pgunn@stlouisco.com
41 S. Central, Ninth Floor
Clayton, MO 63105
(314) 615-7042
(314) 615-3732 (fax)


**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was sent and by the Court's electronic filing to all counsel of record this 11th day of June, 2018.


/s/ Priscilla F. Gunn