UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA ZORICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:17-CV-1522 PLC |
| | ) |
| ST. LOUIS COUNTY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Defendants' "Motion to Exclude Expert Testimony Pursuant to Daubert and to Hold a Hearing" (ECF No. 29), Plaintiff's "Motion to Strike Affidavit of Marcellus Speight" (ECF No. 34), and Plaintiff's "Motion to Compel Discovery Responses and for Sanctions Directed to All Named Defendants" (ECF No. 43).

**IT IS HEREBY ORDERED** that a hearing on the three above-described motions is set for **August 15, 2018** at **10:00 a.m.** in Courtroom 9N.

**IT IS FURTHER ORDERED** that the parties shall continue their effort to resolve their discovery disputes, if possible, prior to the conference.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 7th day of August, 2018