IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA ZORICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:17-cv-01522-PLC |
| v. | ) |
| | ) |
| St. Louis County, et al., | ) |
| | ) |
| Defendants. | ) |

## **MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

COMES NOW Plaintiff, Angela Zorich, by and through counsel, and hereby requests leave to file Exhibits 21 and 55 of Plaintiff's Opposition to Defendants' Motion for Summary Judgment under seal. These documents contain confidential information that should not be public knowledge.

WHEREFORE, for good cause shown, Plaintiff prays that this Court grant Plaintiff's Motion for Leave to File Exhibits 21 and 55 under seal.

Respectfully submitted,

DOBSON, GOLDBERG, BERNS & RICH, LLP


By: */s/Nicole A. Matlock*
Jerome J. Dobson, #33215
Nicole A. Matlock, #66894MO
5017 Washington Place, Third Floor
St. Louis, MO 63108
Tel: (314) 621-8363
Fax: (314) 621-8366
jdobson@dobsongoldberg.com
nmatlock@dobsongoldberg.com

        */s/ Daniel J. Kolde*
        Daniel J. Kolde, Bar No. 64965MO
        230 S. Bemiston Ave., Suite 1420
        St. Louis, MO 63105
        Telephone: (636) 675-5383
        E-mail: daniel.kolde.law@gmail.com

***Attorneys for Plaintiff***

### CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 30th day of August, 2018 a copy of the foregoing was delivered via the court's electronic mail system to Priscilla F. Gunn pgunn@stlouisco.com.

        */s/ Nicole A. Matlock*