# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ANGELA ZORICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:17-CV-1522 PLC |
| | ) |
| ST. LOUIS COUNTY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on review of the record.  Defendants filed a motion to continue trial stating that their lead counsel "has a medical condition that prevents her from being able to participate meaningfully in a lengthy trial scheduled to begin on March 11, 2019." [ECF No. 119]  Plaintiff did not oppose the motion and, on February 25, 2019, the Court held a status conference to discuss a new trial date.  [ECF Nos. 124, 126]

At the status conference, attorneys for both parties represented that they are available to try this case in late June 2019.  Counsel also stated that they anticipate requiring more than one week to try the case.

Accordingly,

**IT IS HEREBY ORDERED** that this case is set for an eight- to ten-day jury trial on **Monday, June 24, 2019** at **9:00 a.m.**

**IT IS FURTHER ORDERED** that the order setting the final pre-trial conference for March 7, 2017 [ECF No. 115] is **VACATED**.

**IT IS FURTHER ORDERED** that a **Final Pretrial Conference** with counsel is rescheduled to **Friday, June 14, 2019** at **10:00 a.m**.  During that conference, the Court will

address all pretrial matters, including, but not limited to, any motions in limine and proposed jury instructions.  Counsel should anticipate being trained on the courtroom's electronic equipment immediately following this conference.

**IT IS FURTHER ORDERED** that, no later than **May 28, 2019**, the parties shall meet and jointly prepare and file with the Clerk a JOINT Stipulation of all uncontested facts, in accordance with Section II of the Court's Case Management Order [ECF No. 15].

**IS FURTHER ORDERED** that, no later than **June 7, 2019**, the parties shall submit to the Court and opposing counsel their (1) written requests for instructions and forms of verdicts and (2) all motions in limine to exclude evidence, in accordance with Section II of the Court's Case Management Order [ECF No. 15].

**IT IS FINALLY ORDERED** that the parties shall file any responses to motions in limine to exclude evidence, and submit a courtesy copy directly to the Court's chambers, by **12:00 p.m. on Thursday, June 13, 2019**.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of February, 2019